

The following constitutes the order of the court.
Signed July 26, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Fox Ortega Enterprises, Inc., dba Premier Cru,<br>                 Debtor.<br><br>Michael Podolsky, on behalf of himself and all others similarly situated,<br>                 Plaintiff,<br><br>  v.<br><br>Michael Kasolas, Trustee,<br>                 Defendant. | Case No. 16-40050<br>Chapter 7<br><br><br><br>Adv. Pro. No. 16-04033<br><br><br><br><br>**Hearing on Motion to Dismiss**<br>**Date**: July 27, 2016<br>**Time:** 10:30 a.m.<br>**Place:** 1300 Clay St., Ctrm. 220<br>        Oakland, CA 94612 |

## MEMORANDUM REGARDING OBJECTION OF EDWIN FINCH

On July 1, 2016, Edwin W. Finch, III, caused the *Objection Regarding the Class Action Pending Stipulation of Settlement by Edwin W. Finch, III, Respondent* (the "Finch Objection") to be sent, via FedEx, to the Court. The Finch Objection was not addressed to the Clerk of the Court, did not request that it be filed, nor was it served upon any other party to this matter. Although the Finch Objection was "received' on July 5, 2016, it was not brought to the attention of either the Honorable William J. Lafferty, III, the presiding Judge in this case, or the Clerk of Court until today. The Court has docketed the Finch Objection at entry number 54 and hereby requests that Class Counsel be prepared to address it at the hearing on the Motion for Final Approval of Class Action Settlement set for July 27, 2016.

*END OF MEMORANDUM*

**Court Service List**